11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Christopher O. James

Appellant

Vs.                   No. 11-03-00105-CR B Appeal from Dallas County

State of Texas

Appellee

 

This is an appeal from a judgment revoking
community supervision.  Appellant was originally
convicted, upon his plea of guilty, of burglary of a habitation.  Pursuant to a plea bargain agreement, the
trial court assessed punishment at confinement for 10 years and a $2,500 fine,
suspended the imposition of the confinement portion of the sentence, and placed
appellant on community supervision for 5 years.  At the hearing on the State=s amended motion to revoke, appellant entered a plea of true to the
allegations that he violated the terms and conditions of his community
supervision.  The trial court found the
allegations to be true, revoked appellant=s community supervision, and imposed the original sentence of
confinement for 10 years and a $2,500 fine.

The record reflects that appellant waived his
appeal.  Therefore, we dismiss the
appeal.

 

PER CURIAM

 

May 22, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.